**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gonzalo TAPIA–HERAS, Defendant—
Appellant.**

**No. 00–10535.**

**D.C. No. CR–00–01174–RCC.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 18, 2002.

Before FARRIS, W. FLETCHER and FISHER, Circuit Judges.

---

* This panel unanimously finds this case suit-

## MEMORANDUM **

Gonzalo Tapia–Heras appeals the judgment of conviction and 21–month sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

